**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 96-30658

---

SEITEL GEOPHYSICAL INCORPORATED,
doing business as Eagle Geophysical,

Plaintiff-Appellee-Cross Appellant,

versus

GREENHILL PETROLEUM CORPORATION,

Defendant-Appellant-Cross Appellee.

**(consolidated with)**

---

No. 96-31148

---

SEITEL GEOPHYSICAL INCORPORATED,
doing business as Eagle Geophysical,

Plaintiff-Appellee,

versus

GREENHILL PETROLEUM CORPORATION,

Defendant-Appellant

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-1648-K)

May 5, 1997

Before POLITZ, Chief Judge, KING, Circuit Judge, and FOLSOM,* District Judge.

PER CURIAM:**

Greenhill Petroleum Corporation appeals an adverse judgment awarding damages, costs, attorneys' fees, and prejudgment interest to Seitel Geophysical, Inc., d/b/a Eagle Geophysical, in this contract dispute action. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, on the facts as found, authorities cited, and analysis made by the district court in its Order and Reasons of June 10, 1996, the decision on the merits is affirmed. The judgment, however, is amended to reflect that the prejudgment interest is to be computed from the date of the loss.[1] The matter is returned to the district court in order that this compensation may properly be made a part of the judgment.

AFFIRMED as AMENDED.

---

*David Folsom, Eastern District of Texas, sitting by designation.

**Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[1]**Probo II London v. Isla Santay MV**, 92 F.3d 361 (5th Cir. 1996).